IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-00162 |
| v. | (Chief Judge Brann) |
| MATHEW LAMPI, | |
| Defendant. | |

## VOLUNTARY SURRENDER FOR SERVICE OF TERM OF IMPRISONMENT

The Court, pursuant to 18 U.S.C. § 3143, hereby finds by clear and convincing evidence that **MATHEW LAMPI**, the defendant, is not likely to flee or pose a danger to the safety of any other person or other community if released pursuant to Section 3142 (b) or (c). The Court hereby orders that the defendant, having been sentenced in the above case to the custody of the Attorney General, shall surrender himself to the Attorney General at **2:00 P.M.** on **February 3, 2025** by reporting to an institution to be designated by the Federal Bureau of Prisons. The defendant shall contact the U.S. Marshal's Office no later than, three (3) days prior to the above date, to be notified of the place of confinement. It is further ordered that, pending surrender, the conditions of release previously set shall remain in effect.

_____        _____
Matthew W. Brann, Chief United States District Judge        (Date)

Acknowledgment:

I agree to report as directed in this order and understand that if I fail to do so, I am subject to a revocation of release, an order of detention, and a prosecution for contempt of court which is punishable by imprisonment, a fine or both.

_____        _____
(Defense Counsel)        (Defendant)